**PARALYZED VETERANS OF AMERICA, Petitioner,**

v.

**SECRETARY OF VETERANS AFFAIRS, Respondent.**

No. 00–7035.

United States Court of Appeals, Federal Circuit.

July 9, 2001.

PETITIONER'S UNOPPOSED MOTION TO DISMISS

Upon reading and considering Petitioner's unopposed Motion to Dismiss, it is hereby

ORDERED that Petitioner's unopposed Motion to Dismiss is granted.